**FILED**
**MARCH 12, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1468**

**JUDGE KENDALL**
~~MAGISTRATE JUDGE BROWN~~

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

JASON BLAHNIK, et al.
v.
FAMIGLIA-DEBARTOLO OPERATIONS, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF JASON BLAHNIK

**J. N.**

| | |
|---|---|
| NAME (Type or print) ALEX HAGELI | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Alex Hageli | |
| FIRM LAW OFFICE OF ALEX M. HAGELI | |
| STREET ADDRESS 435 S CLEVELAND AVENUE, SUITE 306 | |
| CITY/STATE/ZIP ARLINGTON HEIGHTS, IL 60005 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6272337 | TELEPHONE NUMBER 847-392-4832 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |