UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jason Blahnik
                                               Plaintiff,

v.                                                                   Case No.: 1:08–cv–01468
                                                                        Honorable Virginia M. Kendall

Famiglia–DeBartolo Operations, LLC
                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: At the request of parties, the 5/15/08 Initial Status hearing is stricken and reset for 5/29/2008 at 09:00 AM. Joint Status Report due by 5/23/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.