### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JASON BLAHNIK, ) | |
| on behalf of himself and all others ) | |
| similarly situated, ) | Case No. 08 C 1468 |
| Plaintiff, ) | Judge Kendall |
| vs. ) | Magistrate Judge Brown |
| FAMIGLIA-DEBARTOLO ) | |
| OPERATIONS, LLC, ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jason Blahnik, by and through his attorney Alex Hageli of the LAW OFFICE OF ALEX M. HAGELI, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, voluntarily dismisses this case as to his individual claims with prejudice and without an award of costs or attorneys' fees to either party.

DATED: June 6, 2008

Respectfully submitted,                                   Respectfully submitted,

s/ Mark E. Shure                                              s/ Alex Hageli
Keating & Shure, Ltd.                                       Alex Hageli
55 W. Monroe Street                                        LAW OFFICE OF ALEX M. HAGELI
Suite 1600                                                        435 South Cleveland Avenue, Suite 306
Chicago, IL 60603                                            Arlington Heights, IL 60005
(312) 201-08585                                              (847) 392-4832
                                                                        alex@hageli.com

**ATTORNEY FOR DEFENDANT**                **ATTORNEY FOR PLAINTIFF**

2

## CERTIFICATE OF SERVICE

I hereby certify, on this 6th day of June, 2008, I caused the foregoing **Notice of Voluntary Dismissal** to be filed electronically and served same, by electronic service, upon the following counsel of record:

Mark E. Shure
Kevin T. Keating
Keating & Shure, Ltd.
55 W. Monroe Street
Suite 1600
Chicago, IL 60603
(312) 201-08585

    s/ Alex Hageli