UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Jason Blahnik
                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01468
　　　　　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

Famiglia−DeBartolo Operations, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: The Court approves and enters Plaintiff's Notice of Voluntary Dismissal. Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff voluntarily dismissed this case as to his individual claims with prejudice and without an award of costs or attorneys' fees to either party. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.